308 Ga. 411
FINAL COPY

S19Y1450.  IN THE MATTER OF MATTHEW A. DICKASON.

Per curiam.

Matthew A. Dickason (State Bar No. 220375), who was admitted to the State Bar of Georgia in 2003, has filed a petition for voluntary surrender of his license,[1] see Bar Rule 4-227 (b) (2), stating the Bar has received numerous grievances about his failure to account for fiduciary funds placed in his trust account in connection with various real estate closings.  He admits that he has failed to account for such funds and that the failure to do so constitutes a violation of Rule 1.15 (I) (c) of the Georgia Rules of Professional Conduct found in Bar Rule 4-102 (d).  The maximum sanction for a violation of Rule 1.15 (I) (c) is disbarment.  He also acknowledges that the voluntary surrender of his license is tantamount to disbarment.  See Bar Rule 1.0 (r).  The State Bar has

---

[1] Dickason is currently under interim suspension.  See S19Y1450 (March 13, 2020).

filed a response, noting that there are currently 20 grievances pending against Dickason and asking the Court to accept the petition.

Having reviewed the petition and response, we agree to accept Dickason's petition for voluntary surrender of his license. Accordingly, it is hereby ordered that the name of Matthew A. Dickason be removed from the rolls of persons authorized to practice law in the State of Georgia. Dickason is reminded of his duties pursuant to Bar Rule 4-219 (b).

*Voluntary surrender of license accepted. Melton, C. J., Nahmias, P. J., and Blackwell, Boggs, Peterson, Warren, Bethel, and Ellington, JJ., concur.*

DECIDED APRIL 6, 2020.
Voluntary surrender of license.
*Stovash, Case & Tingley, Matthew J. Pearce*, for Dickason.
*Paula J. Frederick, General Counsel State Bar, William D. NeSmith III, Deputy General Counsel State Bar, Jenny K. Mittelman, Assistant General Counsel State Bar*, for State Bar of Georgia.